IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN KAPP, *individually and as* *Administrator of the Estate of her minor son,* *ZACHARY PROPER*, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. WETZEL, ERIC BUSH, ROBERT MARSH, MHM SERVICES, MURRAY THOMPSON, YIN HA YUN, KAREN MARUSA, and MARK NICHOLSON, <br><br> Defendants. | Civil Action No. 16-1380 <br> Magistrate Judge Maureen P. Kelly |

## HEARING MEMO

HEARING HELD:  Telephone Conference
DATE HEARING HELD:  October 26, 2018
BEFORE: Magistrate Judge Maureen P. Kelly

| | |
|---|---|
| Appearing for Plaintiff: <br> Margaret Schuetz Coleman, Esquire <br> Alexander Wright, Esquire | Appearing for Defendants: <br> J. Eric Barchiesi, Esquire <br> Yana L. Warshafsky, Esquire |
| Hearing began at 3:00 p.m. | Hearing concluded at 3:15 p.m. |

Stenographer: Julie Kienzle

OUTCOME:

Conference call conducted to address defense objection to Exhibit P013.  Argument was heard. Exhibit will be admitted.  Plaintiff's counsel to establish foundation for admission with Ms. Kapp.  Plaintiff's counsel to provide written proffer as to each picture with other individuals (other than football team) by noon on Saturday, as stated by the Court during the conference call.