IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN KAPP, *individually and as Administrator of the Estate of her minor son,* ZACHARY PROPER, <br><br>Plaintiff, <br><br>v. <br><br>JOHN E. WETZEL, ERIC BUSH, ROBERT MARSH, MHM SERVICES, MURRAY THOMPSON, YIN HA YUN, KAREN MARUSA, and MARK NICHOLSON, <br><br>Defendants. | Civil Action No. 16-1380 <br> Magistrate Judge Maureen P. Kelly |

## HEARING MEMO

HEARING HELD: Pretrial Conference
DATE HEARING HELD: October 29, 2018
BEFORE: Magistrate Judge Maureen P. Kelly

| | |
|---|---|
| Appearing for Plaintiff: <br> Margaret Schuetz Coleman, Esquire <br> Alexander Wright, Esquire | Appearing for Defendants: <br> J. Eric Barchiesi, Esquire <br> Yana L. Warshafsky, Esquire |
| Hearing began at 8:50 a.m. | Hearing concluded at 10:05 a.m. |

Stenographer: Julie Kienzle

OUTCOME:

Initial first day of trial conference conducted. Immediately prior to the commencement of jury selection, a second conference was conducted at which time counsel for both sides moved for a continuance of trial in light of events of this past weekend in this community and nature of this case.

Status conference scheduled for Monday, 11/5/18 at 10:00 a.m. to reschedule trial.