IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN KAPP, *individually and as Administrator of the Estate of her minor son, ZACHARY PROPER*,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. WETZEL, ERIC BUSH, ROBERT MARSH, MHM SERVICES, MURRAY THOMPSON, YIN HA YUN, KAREN MARUSA, and MARK NICHOLSON,<br><br>Defendants. | Civil Action No. 16-1380<br>Magistrate Judge Maureen P. Kelly |

## SECOND PRETRIAL ORDER

AND NOW, this 5th day of November, 2018, IT IS HEREBY ORDERED that the Final Pretrial Conference will be held **February 6, 2019 at 1:30 p.m.** Jury selection and trial are scheduled to begin **February 19, 2019 at 9:00 a.m.** in Courtroom 9C, Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the above-captioned matter will be STAYED and ADMINISTRATIVELY CLOSED pending the final pretrial conference.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE